UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Trustees of the LOCAL 309 ELECTRICAL HEALTH AND WELFARE FUND, et al., ) ) ) | |
| Plaintiffs, ) ) ) Case No.: 3:11-cv-812-JPG | |
| vs. ) ) | |
| RICHARD SCHUH, d/b/a EDWARDSVILLE ELECTRIC, ) ) ) ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of in favor of Plaintiffs and against Defendant Richard Schuh d/b/a Edwardsville Electric as follows:

| Judgment in favor of: | Judgment in the amount of: | |
|---|---|---|
| Local 309 International Brotherhood of Electrical Workers, AFL-CIO | Unpaid dues contributions | $406.63 |
| Trustees of the Local 309 Health and Welfare Fund | Unpaid contributions | $1,722.12 |
| | Interest | $2,220.22 |
| | Liquidated damages | $511.38 |
| | Total to Welfare Fund | $4,453.72 |
| Trustees of the Local 309 Wireman's Pension Trust | Unpaid contributions | $1,773.71 |
| | Interest | $2,299.71 |
| | Liquidated damages | $524.33 |
| | Total to Pension Trust | $4,597.75 |
| Trustees of the Local 309 Vacation Trust Fund | Unpaid contributions | $754.68 |
| | Interest | $980.42 |
| | Liquidated damages | $281.31 |

|  | Total to Vacation Trust | $2,016.41 |
|---|---|---|
| Trustees of the Southwestern Illinois Joint Apprenticeship and Training Committee | Unpaid contributions | $153.78 |
|  | Interest | $218.11 |
|  | Liquidated damages | $138.35 |
|  | Total to JATC | $510.24 |
| Trustees of the Local 309 IBEW Income Security Fund | Unpaid contributions | $371.78 |
|  | Interest | $506.23 |
|  | Liquidated damages | $190.66 |
|  | Total to Income Fund | $1,068.67 |
| Board of Directors of the Labor Management Cooperation Committee | Unpaid contributions | $519.38 |
| Administrative Maintenance Fund | Unpaid contributions | $2,959.63 |
| Trustees of the National Electrical Benefit Fund | Unpaid contributions | $20,446.66 |
|  | Interest | $5,866.20 |
|  | Liquidated damages | $4,346.22 |
|  | Total to NEBF | $30,659.08 |

plus attorney's fees in the amount of $6,300.08 and costs in the amount of $720.49.

**NANCY J. ROSENSTENGEL, Clerk of Court**

Date:  October 25, 2012            s/ Jina Hoyt, Deputy Clerk

Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT
             DISTRICT JUDGE**